**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-6790**

---

JOEL PARKER,

Petitioner - Appellant,

versus

STATE OF NORTH CAROLINA; RANDALL LEE,

Respondents - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-00-771-HC-5)

---

Submitted: October 2, 2002          Decided: December 3, 2002

---

Before MICHAEL, KING, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Joel Parker, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joel Parker seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude on the reasoning of the district court that Parker has not made a substantial showing of the denial of a constitutional right. See Parker v. North Carolina, No. CA-00-771-HC-5 (E.D.N.C. filed Sept. 18, 2001; entered Sept. 19, 2001). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED